UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| THEODORE TRUJILLO, | ) CV 08-08644-DDP (SH) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| BEN CURRY, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: August 18, 2009

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE